IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STATE AUTO PROPERTY AND
CASUALTY INSURANCE CO.; and STATE
AUTOMOBILE MUTUAL INSURANCE
COMPANY                                                                PLAINTIFFS

v.                                    Case No. 6:24-cv-6074

ALL PRO CONTRACTING, INC.; BARRY
ALAN WALKER; LORI COGBURN;
BRYCE G. WALKER; JANA BRADFORD;
JOYCE PERSER; RICKY COX; BRANDY COX;
JAYDIN COTTER; LISSETTE NEOMI
RAMOS CORTEZ; TAYLOR BOWEN SQUIRES;
KENNY TAYLOR, as Next Friend of C.T.,
a Minor; KAILA DEATHERAGE, as Next
Friend of K.M.B., a Minor; PAMELA BOST,
as Next Friend of R.C., a Minor, and
as Next Friend of H.T., a Minor;
SCOTT WITHERS, as Next Friend of M.W., a
Minor; HEATHER GRAVES, as Next Friend
of M.A., a Minor; KATE LYNN OWENS;
ALLYSON COSTER; AIRA GARCIA; SIERRA
HENSON, as Next Friend of N.H. a Minor;
MICHELLE BALLENTINE, as Next Friend of F.B.,
a Minor; MARIAH RILEY; MEGAN BEAN;
LANA DAVIS; MIKAYLA WALKER; KATIE
SCOTT; KELLY SCOTT; JENNIFER SCOTT; and
AMY COGBURN                                                           DEFENDANTS

**ORDER**

Before the Court is Plaintiffs' Motion to Substitute Party. ECF No. 181. Plaintiffs state

that they have contacted all parties who have appeared regarding the motion and that it is

unopposed. Further, no party has responded in opposition to the instant motion, and the time to

do so has passed. *See* Local Rule 7.2(b).

Pursuant to Federal Rule of Civil Procedure 25(c), Plaintiffs seeks to substitute Defendant

Sierra Henson, as Next Friend of N.H., a minor, with Joni Meredith, as Next Friend of N.H., a

minor.  Defendant explains that this substitution will reflect and be consistent with the transfer of interest and substitution of this party in an ongoing civil action in the Circuit Court of Clark County, Arkansas that is related to the instant declaratory action.[1]  Plaintiffs also state that they have served the instant motion upon counsel for Joni Meredith.  "If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party.  The motion must be served as provided in Rule 25(a)(3)."  Fed. R. Civ. P. 25(c).  This rule is "'designed to allow an action to continue unabated when an interest in a lawsuit changes hands,' rather than requiring the initiation of an entirely new lawsuit."  *ELCA Enter., Inc. v. Sisco Equip. Rental & Sales, Inc.*, 53 F.3d 186, 191 (8th Cir. 1995) (internal quotation omitted).

Plaintiffs have asserted that Sierra Henson's interest has transferred to Joni Meredith and that they have served the instant motion upon Joni Meredith's counsel pursuant to Rule 25(a)(3).  No party opposes the instant motion.  Accordingly, Plaintiffs' Motion to Substitute Party (ECF No. 181) is **GRANTED**.  Defendant Sierra Henson, as Next Friend of N.H., a minor, is hereby **substituted** with Joni Meredith, as Next Friend of N.H., a minor.

**IT IS SO ORDERED**, this 12th day of May, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] *Jaydin Cotter, et al. v. Barry Alan Walker, et al.*, Cause No. 10CV-22-256.