IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STATE AUTO PROPERTY AND
CASUALTY INSURANCE CO.; and STATE
AUTOMOBILE MUTUAL INSURANCE
COMPANY                                                                    PLAINTIFFS

v.                                    Case No. 6:24-cv-6074

ALL PRO CONTRACTING, INC.; BARRY
ALAN WALKER; LORI COGBURN;
BRYCE G. WALKER; JANA BRADFORD;
JOYCE PERSER; RICKY COX; BRANDY COX;
JAYDIN COTTER; LISSETTE NEOMI
RAMOS CORTEZ; TAYLOR BOWEN SQUIRES;
KENNY TAYLOR, as Next Friend of C.T.,
a Minor; KAILA DEATHERAGE, as Next
Friend of K.M.B., a Minor; PAMELA BOST,
as Next Friend of R.C., a Minor, and
as Next Friend of H.T., a Minor;
SCOTT WITHERS, as Next Friend of M.W., a
Minor; HEATHER GRAVES, as Next Friend
of M.A., a Minor; KATE LYNN OWENS;
ALLYSON COSTER; AIRA GARCIA; JONI
MEREDITH, as Next Friend of N.H. a Minor;
MICHELLE BALLENTINE, as Next Friend of F.B.,
a Minor; MARIAH RILEY; MEGAN BEAN;
LANA DAVIS; MIKAYLA WALKER; KATIE
SCOTT; KELLY SCOTT; JENNIFER SCOTT; and
AMY COGBURN                                                             DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion to Dismiss.  ECF No. 185.  Pursuant to Federal Rule

of Civil Procedure 41(a)(2), Plaintiff seeks dismissal of its claims against the following Defendants

with prejudice: Lissette Neomi Ramos Cortez; Taylor Bowen Squires; Kelly Taylor as Next Friend

of C.T.; Kaila Deatherage as Next Friend of K.M.B.; Pamela Bost as Next Friend of H.T.; Pamela

Bost as Next Friend of R.C.; Heather Graves as Next Friend of M.A.; Allyson Coster; Aira Garcia;

Joni Meredith as Next Friend of N.H.; Michelle Balentine as Next Friend of F.B.; Mariah Riley;

Megan Bean; Lana Davis; Katelynn Owens; Aspen Wilson; Jaydin Cotter; Mikayla Walker; Amy Cogburn; Katie Scott; Kelly Scott; Jennifer Scott; and Scott Withers, as next friend of M.W. Plaintiffs state that a settlement agreement reached in a separate civil action[1] in the Clark County, Arkansas Circuit Court in which these Defendants are a party requires that they now be dismissed from this action with prejudice. Plaintiffs also state that counsel for these Defendants stipulate to the requested dismissal and are signed onto the instant motion.

Pursuant to the settlement agreement noted above, Plaintiffs seeks dismissal of their claims pursuant to Rule 42(a)(2), which states that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Though Plaintiffs proceed pursuant to Rule 41(a)(2), the fact that the parties they seek to dismiss have stipulated to dismissal also makes Rule 41(a)(1)(A)(ii) applicable to the instant motion. Rule 41(a)(1)(A)(ii) holds that "a plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). Thus, all claims against the relevant Defendants were effectively dismissed when Plaintiff filed the instant motion. However, this Order issues for purposes of maintaining the Court's docket.

Accordingly, Plaintiffs' Motion to Dismiss (ECF No. 185) is hereby **GRANTED**. Plaintiffs' claims against the following Defendants are **DISMISSED WITH PREJUDICE**: Kelly Taylor as Next Friend of C.T.; Kaila Deatherage as Next Friend of K.M.B.; Pamela Bost as Next Friend of H.T.; Pamela Bost as Next Friend of R.C.; Heather Graves as Next Friend of M.A.;

---

[1] *Jaydin Cotter, et al. v. Barry Alan Walker, et al.*, Cause No. 10CV-22-256.

Allyson Coster; Aira Garcia; Joni Meredith as Next Friend of N.H.; Michelle Balentine as Next Friend of F.B.; Mariah Riley; Megan Bean; Lana Davis; Katelynn Owens; Aspen Wilson; Jaydin Cotter; Mikayla Walker; Amy Cogburn; Katie Scott; Kelly Scott; Jennifer Scott; and Scott Withers, as next friend of M.W.

       **IT IS SO ORDERED**, this 5th day of June, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge